**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| RANDALL DUNHAM, | No.  2:23-CV-2757-WBS-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| ALIASGHAR MOHYUDDIN, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

On March 12, 2025, the District Judge granted Defendants' partial motion to dismiss and provided Plaintiff an opportunity to file an amended complaint within 30 days.  See ECF No. 28.  To date, Plaintiff has not filed an amended complaint.  This action, therefor, proceeds on Plaintiff's original complaint as to Plaintiff's remaining claims.  Defendants shall file an answer to Plaintiff's complaint within 30 days of the date of this order.

IT IS SO ORDERED.

Dated:  May 20, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1