IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDALL DUNHAM,

      Plaintiff,

  v.

ALIASGHAR MOHYUDDIN, et al.,

      Defendants.

No.  2:23-CV-2757-WBS-DMC-P

ORDER

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The parties have filed stipulations of voluntary dismissal.  See ECF No. 46 and 47.  Because the stipulations have been signed by all parties who have appeared, leave of Court is not required and the action is dismissed with prejudice on the parties' notices.  See Fed. R. Civ. P. 41(a)(1)(A)(ii).  The Clerk of the Court is directed to close this file.

      IT IS SO ORDERED.

Dated:  February 9, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1